# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:21-MJ-141-SRW |
| | ) | |
| XIAOQIN YAN | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the Undersigned Counsel, Stephen P. Ganter, and enters his appearance on behalf of Defendant, **XIAOQIN YAN,** in the above-styled case.

Dated this 22nd day of November, 2021.

                                      Respectfully submitted,

                                      **s/ Stephen Ganter**
                                      **STEPHEN GANTER**
                                      Bar No.: TX24003732
                                      Federal Defenders
                                      Middle District of Alabama
                                      817 South Court Street
                                      Montgomery, AL 36104
                                      TEL:  (334) 834-2099
                                      FAX:  (334) 834-0353
                                      E-Mail: Stephen_Ganter@fd.org

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CASE NO.: 2:21-MJ-141-SRW** |
| ) | |
| **XIAOQIN YAN** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Stephen Ganter**
**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Stephen_Ganter@fd.org