### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CASE NO.: 2:21-MJ-141-SRW |
| | ) |
| XIAOQIN YAN | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Sandi Y. Irwin, and enters her appearance as counsel for **XIAOQIN YAN,** in the above-styled matter.

Dated this 1st day of December, 2021.

Respectfully submitted,

**s/ Sandi Y. Irwin**
**SANDI Y. IRWIN**
Bar No.: CA292946
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Sandi_Irwin@fd.org

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 2:21-MJ-141-SRW |
| ) | |
| XIAOQIN YAN ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Sandi Y. Irwin**
**SANDI Y. IRWIN**
Bar No.: CA292946
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Sandi_Irwin@fd.org